# MEMORANDUM DECISIONS

Josephine ABADIE, Applt., v. HYDE REAL ESTATE CORP., Respt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Elizabeth AGMINAS v. WILKES-BARRE COLLIERY CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

Elizabeth AGMINAS, Respt., v. WILKES-BARRE COLLIERY CO., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Bagdon v. Philadelphia & Reading Coal & Iron Co., 217 N. Y. 432, 111 N. E. 1075. Order filed.

AKRON BUILDING CO., Applt., v. RAPID TRANSIT SUBWAY CONSTRUCTION CO., Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Georgiana M. ALBERT and Susan E. Gasquoine, appellants, v. Charles P. BUCKLEY and William W. Buckley, respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Finding of fact No. 2 in the referee's report, so far as it finds that the services and expenditures therein recited have not been paid for, is hereby reversed, and also conclusion 4 in said report; and the affirmative finding is made by this court that the agreement between the parties, recited in finding of fact No. 8, was also to the effect that the defendants' share in the ultimate profits should include and be taken by them as full compensation for all their services rendered for the plaintiffs in reference to the said property before, during and after the said partition action. The judgment is hereby modified, so as to strike therefrom the recovery by defendants of the sum of $318.10, with interest thereon, and reducing accordingly the judgment in favor of the defendants to the sum of $491.86 costs as taxed, and, as so modified, the judgment is affirmed, without costs. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

Julius ALBERT, Respt., v. Eugene A. HIEBER et al., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Antonio AMBROSIO, appellant, v. Crescenzo MEO, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Plaintiff's testimony in the Supreme Court trial, to the effect that he did not say, "Stand back or I will fire," and that at this time he had no revolver, raised an issue as to the truth of the original charge, so that the jury might find that defendant's charge was untrue, and possibly infer therefrom malice and want of probable cause. The judgment of dismissal is therefore reversed and a new trial granted, with costs to appellant to abide the event. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

ALBERT B. ASHFORTH, Inc., Plaintiff-Respondent, v. Benjamin STERN and Others, Defendants-Appellants. (Supreme Court, Appellate Term, First Department. June 26, 1916.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Albert B. Ashforth, Incorporated, against Benjamin Stern and others. From a judgment in favor of the plaintiff, after a trial by judge without a jury, defendants appeal. Modified and affirmed.

PER CURIAM. Respondent concedes that the judgment was by inadvertence entered for $250, and should be reduced to $225. It is modified accordingly, and, as modified, affirmed, with appropriate costs in the court below, and, as modified, affirmed, with $25 costs to respondent.

Herrick C. ALLEN, Respt., v. GENERAL ACCIDENT, FIRE & LIFE ASSUR. CORP., Ltd., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Herrick C. ALLEN v. GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, Limited. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

ALLIED INVESTORS' REALTY CO. v. John Purray MITCHEL, as mayor, etc., et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Charles ALTSCHUELER v. Maurice BROWER. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

Charles ALTSCHUELER, Respt., v. Maurice BROWER, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order modified, by providing that the words, "to be examined on behalf of the plaintiff upon the issues raised by the defendant's answer," be stricken from the original order, and the following inserted in lieu thereof, "to be examined on behalf of the plaintiff in support of the allegations of the complaint," and, as so modified,